IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMMY MARIE EMMETT,** | : | Civil No. 1:19-cv-0573 |
| **Plaintiff,** | : | |
| | : | (Judge Sylvia H. Rambo) |
| v. | : | |
| **LT. BECKLEY, et al.,** | : | |
| **Defendants.** | : | |

### O R D E R

AND NOW, this 22nd day of September, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 78), IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is **ADOPTED**;

2) Plaintiff's Concurred-In Motion to Dismiss With Prejudice (Doc. 77) is **GRANTED**; and

3) The Clerk of Court is **DIRECTED** to close this matter, marked as dismissed with prejudice.

s/Sylvia H. Rambo
United States District Judge
